UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORRIS SELF,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | Case No. C12-863-MJP-JPD<br><br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 4. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 20.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. On remand, the Administrative Law Judge ("ALJ") shall: (1) obtain additional evidence if available; (2) further evaluate the medical opinions provided by the examining and treating physicians, including James Czysz, Psy.D, Daniel Neims, Psy.D., and Bradley Watters, M.D.; and (3) re-evaluate the

REPORT AND RECOMMENDATION
PAGE - 1

claimant's residual functional capacity. The ALJ shall also make a de novo determination as to disability, and issue a new decision.

Upon proper application, the Court will consider whether reasonable attorney's fees should be awarded pursuant to 28 U.S.C. § 2412.

A proposed order accompanies this Report and Recommendation.

DATED this 4th day of October, 2012.

/s/ James P. Donohue
JAMES P. DONOHUE
United States Magistrate Judge